# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Rothschild Patent Imaging LLC, | : |
| Plaintiff, | : |
| vs. | : Case No. 2:17-cv-5915-BMC |
| Slomin's, Inc., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by Plaintiff Rothschild Patent Imaging LLC ("RPI") and Defendant Slomin's, Inc. ("Slomin's") (collectively, the "Parties"), that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

1. All claims asserted by RPI against Slomin's in the above-captioned action are dismissed with prejudice;

2. All claims (whether styled as "counterclaims" or otherwise) asserted by Slomin's against RPI in the above-captioned action are dismissed without prejudice; and

3. Each of the Parties shall bear its own costs and attorneys' fees.

Respectfully submitted this 10th day of July, 2018.

**KIZZIA JOHNSON PLLC**

/s/*Jay Johnson-*
Coleman W. Watson, Esq.
Florida Bar. No. 0087288
California Bar No. 266015
Georgia Bar No. 317133
New York Bar Reg. No. 4850004
Email: coleman@watsonllp.com
docketing@watsonllp.com

**KING & SPALDING LLP**

/s/*Russell E. Blythe*
Allison H. Altersohn
  NY Bar No. AA0073
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
Tel: 212-556-2316
Fax: 212-556-2222
aaltersohn@kslaw.com

WATSON LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
T: 407.377.6634
F: 407.377.6688

JAY JOHNSON
State Bar No. 24067322
KIZZIA JOHNSON PLLC
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

**ATTORNEYS FOR PLAINTIFF
ROTHSCHILD PATENT IMAGING LLC**

Russell E. Blythe
  Ga. Bar No. 141379
  *Admitted Pro Hac Vice*
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309
Tel: 404-572-4600
Fax: 404-572-5134
rblythe@kslaw.com

**ATTORNEYS FOR DEFENDANT
SLOMIN'S, INC.**

7/10/18

SO ORDERED: _____